# United States Court of Appeals
## For the First Circuit

---

No. 02-1907

IN RE QUESTER STERLING-SUÁREZ,

Petitioner

---

ERRATA SHEET

The opinion of this Court issued on March 4, 2003, is amended as follows:

On the last line of page 6, the word "to" should be inserted between "due" and "the."